**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                              **CHAPTER 7 CASE**
**BRIAN, DOUGLAS A**
                                                    **CASE NO. 05-21310 BL**

                                                    **JUDGE Bruce W. Black(Joliet)**

                              **Debtor(s)**

<u>**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE**</u>

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

          At:   Will County Court Annex
                57 N. Ottawa St., Room 201
                Joliet, Illinois 60432

          on:   **February 29, 2008**
          at:   **9:15 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

     a.  Receipts              $          60,257.83

     b.  Disbursements         $               0.00

     c.  Net Cash Available for   $        60,257.83
Distribution

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | | $56.25 |
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $6,262.89 | |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $419,388.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 12.86%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Asset Acceptance LLC | $ 10,586.63 | $ 1,361.58 |
| 2 | American Express Centurion Bank | $ 991.17 | $ 127.48 |
| 4 | William and Jessie Page | $ 407,810.25 | $ 52,449.63 |

8.   Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.   The   Trustee's   Final   Report   and   all   applications   for

compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing:

Dated:  February 1, 2008            For the Court,

_____

KENNETH S. GARDNER
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:     MICHAEL G. BERLAND
Address:     1 NORTH LASALLE STREET
             STE 1775
             CHICAGO, IL  60602
Phone No.:  (312) 855-1272