**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>BRIAN, DOUGLAS A<br><br>**Debtor(s)** | CHAPTER 7 CASE<br><br>CASE NO. 05-21310 BL<br><br>JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   Will County Court Annex
         57 N. Ottawa St., Room 201
         Joliet, Illinois 60432

   on:   **February 29, 2008**
   at:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         60,257.83

   b. Disbursements                         $              0.00

   c. Net Cash Available for                $         60,257.83
   Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | | $56.25 |
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $6,262.89 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $419,388.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 12.86%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Asset Acceptance LLC | $ 10,586.63 | $ 1,361.58 |
| 2 | American Express Centurion Bank | $ 991.17 | $ 127.48 |
| 4 | William and Jessie Page | $ 407,810.25 | $ 52,449.63 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for

    compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.      Debtor has been discharged.

11.      The Trustee proposed to abandon the following property at the hearing:

Dated: February 1, 2008      For the Court,

         **KENNETH S. GARDNER**
         Kenneth S. Gardner
         Clerk of the U.S. Bankruptcy Court
         219 S. Dearborn Street; 7th Floor
         Chicago, IL 60604

Trustee:      MICHAEL G. BERLAND
Address:      1 NORTH LASALLE STREET
                STE 1775
                CHICAGO, IL 60602
Phone No.: (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1            Date Rcvd: Feb 01, 2008
Case: 05-21310                 Form ID: pdf002          Total Served: 11

The following entities were served by first class mail on Feb 03, 2008.
db          +Douglas A Brian,    1001 South Main,    Yorkville, IL 60560-1641
tr          +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
9470839      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
10483835     American Express Centurion Bank,    c/o Becket and Lee, LLP,
              P.O. Box 3001 Malvern, PA 19355-0701
9470840     +Asset Acceptance LLC,    c/o Discover Card,    POB 2036,    Warren MI 48090-2036
9470841     +Associated Card Service,    1305 W Main Street,    Stevens Point WI 54481-2898
9470842      Associates/Citibank,    POB 6003,    Hagerstown MD 21742
9395693     +State of Illinois,    c/o Lauren McAfee,    69 West Washington Street,    Suite 1220,
              Chicago, IL 60602-3048
9470843     +State of Illinois,    c/o Lauren McAffe,    69 W Washington Street,    Suite 1220,
              Chicago IL 60602-3048
9395694     +William and Jessie Page,    c/o Michael W. Huseman,    1999 West Downer Place,
              Aurora, IL 60506-4776
9470844     +William and Jessie Page,    c/o Michael W Huseman,    1999 West Downers Place,
              Aurora IL 60506-4776

The following entities were served by electronic transmission on Feb 02, 2008.
9470840     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Asset Acceptance LLC,
              c/o Discover Card,    POB 2036,    Warren MI 48090-2036
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2008          Signature: *Joseph Speetjens*