**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **DOUGLAS BRIAN** | ) | **No.05 B 21310** |
| Debtor. | ) | **Chapter 7** |
| | ) | **Honorable BRUCE W. BLACK** |
| | ) | **(Joliet)** |

<u>TRUSTEE'S FINAL ACCOUNT AND APPLICATION</u>
<u>TO CLOSE CASE AND DISCHARGE THE TRUSTEE</u>

TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

      Final distribution of all monies has been made in accordance\
with the Order Awarding Compensation and Expenses and the Trustee's
Distribution Report, a copy of which is attached as Exhibit "A"

    All checks have been cashed. The Form 2 is attached as Exhibit
"B".

The Trustee certifies that the estate has been fully administered,
requests that he be discharged, and the case closed pursuant to 11
U.S.C. §350.

        /s/ Michael G. Berland Trustee

Dated: 9/12/08

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:
BRIAN, DOUGLAS A

**CHAPTER 7 CASE**

**CASE NO. 05-21310 BL**

**JUDGE Bruce W. Black(Joliet)**

Debtor(s)

## DISTRIBUTION REPORT

I, <u>MICHAEL G. BERLAND</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,319.14 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 54,039.46 |
| | |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 60,358.60 |

**EXHIBIT** ƀ

**DISTRIBUTION REPORT**                                              **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 6,319.14 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | MICHAEL G. BERLAND | 56.25 | 56.25 |
| | MICHAEL G. BERLAND | 6,262.89 | 6,262.89 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

**EXHIBIT 𝒜**

**DISTRIBUTION REPORT** <span style="float:right">**PAGE 2**</span>

| 5.         TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | 0.00 | 0.00% |
| CLAIM NUMBER   CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL        $ | 0.00 |

| 6.         TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $      0.00 | 0.00% |
| CLAIM NUMBER   CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL        $ | 0.00 |

| 7.         TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $      0.00 | 0.00% |
| CLAIM NUMBER   CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL        $ | 0.00 |

| 8.         TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $      0.00 | 0.00% |
| CLAIM NUMBER   CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL        $ | 0.00 |

| 9.         TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $      0.00 | 0.00% |



**EXHIBIT B**

**DISTRIBUTION REPORT**                                          **PAGE 3**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 419,388.05 | 12.89% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Asset Acceptance LLC | 10,586.63 | 1,364.12 |

**EXHIBIT** 

**DISTRIBUTION REPORT**                                    **PAGE 4**

| | | | |
|---|---|---:|---:|
| 2 | American Express Centurion Bank | 991.17 | 127.72 |
| 4 | William and Jessie Page | 407,810.25 | 52,547.62 |
| | | TOTAL     $ | 54,039.46 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated unsecured claims | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL     $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL     $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL     $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL     $ | 0.00 |

**EXHIBIT** 4

**DISTRIBUTION REPORT**                                                      **PAGE 5**

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

     WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: <u>February 29, 2008</u>       /s/Michael G. Berland
                                     MICHAEL G. BERLAND, Trustee

**EXHIBIT B**

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-21310 BL |
| **Case Name:** | BRIAN, DOUGLAS A |
| | |
| **Taxpayer ID #:** | 13-7556821 |
| **Period Ending:** | 09/12/08 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****56-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/07 | | Ticor Title | Payment of settlement sum  for equity in home purusuant to court order | 1110-000 | 60,000.00 | | 60,000.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 27.76 | | 60,027.76 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 33.12 | | 60,060.88 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 33.14 | | 60,094.02 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 31.02 | | 60,125.04 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 34.24 | | 60,159.28 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 33.19 | | 60,192.47 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 29.99 | | 60,222.46 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 35.37 | | 60,257.83 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 31.35 | | 60,289.18 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 30.70 | | 60,319.88 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 27.58 | | 60,347.46 |
| 02/27/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2500% | 1270-000 | 11.14 | | 60,358.60 |
| 02/27/08 | | To Account #********5666 | Transfer for purpose of final distribution | 9999-000 | | 60,358.60 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 60,358.60 | 60,358.60 | $0.00 |
| Less: Bank Transfers | | 0.00 | 60,358.60 | |
| **Subtotal** | | 60,358.60 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$60,358.60** | **$0.00** | |

$\digamma\, \varkappa\, l\, l\, \beta + \textcircled{G}$

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 05-21310 BL | **Trustee:** | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| **Case Name:** | BRIAN, DOUGLAS A | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****56-66 - Checking Account |
| **Taxpayer ID #:** | 13-7556821 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/12/08 | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/08 | | From Account #*********5665 | Transfer for purpose of final distribution | 9999-000 | 60,358.60 | | 60,358.60 |
| 03/05/08 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $56.25, Trustee Expenses;  Reference: | 2200-000 | | 56.25 | 60,302.35 |
| 03/05/08 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $6,262.89, Trustee Compensation;  Reference: | 2100-000 | | 6,262.89 | 54,039.46 |
| 03/05/08 | 103 | Asset Acceptance LLC | Dividend paid  12.88% on $10,586.63; Claim# 1; Filed: $10,586.63; Reference: | 7100-000 | | 1,364.12 | 52,675.34 |
| 03/05/08 | 104 | American Express Centurion Bank | Dividend paid  12.88% on $991.17; Claim# 2; Filed: $991.17; Reference: | 7100-000 | | 127.72 | 52,547.62 |
| 03/05/08 | 105 | William and Jessie Page | Dividend paid  12.88% on $407,810.25; Claim# 4; Filed: $407,810.25; Reference: | 7100-000 | | 52,547.62 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 60,358.60 | 60,358.60 | $0.00 |
| Less: Bank Transfers | | 60,358.60 | 0.00 | |
| **Subtotal** | | 0.00 | 60,358.60 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $60,358.60 | |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-21310 BL |
| **Case Name:** | BRIAN, DOUGLAS A |
| **Taxpayer ID #:** | 13-7556821 |
| **Period Ending:** | 09/12/08 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****56-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****56-65** | 60,358.60 | 0.00 | 0.00 |
| **Checking # ***-*****56-66** | 0.00 | 60,358.60 | 0.00 |
| | $60,358.60 | $60,358.60 | $0.00 |

{} Asset reference(s)